1  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone:  (415) 788-8200
4  Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
5  Email: jpatchen@tcolaw.com

6
   Kenneth A. Gallo (*Pro Hac Vice*)
7  Joseph J. Simons (*Pro Hac Vice*)
   Craig A. Benson (*Pro Hac Vice*)
8  PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
   2001 K Street, NW
9  Washington, DC  20006-1047
   Telephone:  (202) 223-7300
10 Facsimile:  (202) 202-7420
   Email: kgallo@paulweiss.com
11 Email: jsimons@paulweiss.com
   Email: cbenson@paulweiss.com
12
   *Attorneys for Sharp Electronics Corporation,*
13 *Sharp Electronics Manufacturing Company of America, Inc.*

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                    **SAN FRANCISCO DIVISION**
17

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
|---|---|
| This Document Relates to: | MDL No. 1917 |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | **PROOF OF SERVICE** |

- 1 -
PROOF OF SERVICE
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.

CIVIL ACTION NO.: C 13 1173

V.

*Plaintiff*

Hitachi, Ltd.; et al.,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Indiana     )
County of Marion     ) ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of Indiana

That on 3/19/2013 at 1:35 PM at **10330 N Meridian St., Indianapolis, IN 46290**

deponent served a(n) **Summons in a Civil Action and Complaint, Order Setting Initial Case Management Conference and ADR Deadlines , San Francisco Division Packet of Information**

on **Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.)** , a domestic corporation,

by delivering thereat a true copy of each to **Randall Bennett** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

<u>Description of Person Served:</u>
Gender : Male
Skin : White
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
21st day of March, 2013

_____
NOTARY PUBLIC

Malita J Funk, Notary Public
Comm#635677, Expires 5/24/2020
County of Johnson, State of Indiana

_____
Jack E. Sandlin

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279