Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944-SC<br>MDL NO. 1917 |
| This Document Relates to: | **STIPULATION OF DISMISSAL OF PHILIPS DEFENDANTS** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC<br><br>and<br><br>*Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | Honorable Samuel Conti |

1    Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company

2  of America, Inc. (collectively, "Sharp") and Defendants Philips Electronics North America

3  Corporation, Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V., a/k/a Royal

4  Philips Electronics), Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan) Ltd.),

5  and Philips do Brasil Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) (collectively

6  "Philips"), by and through the undersigned counsel, stipulate to a dismissal with prejudice of all

7  claims being asserted by Sharp against Philips in the above-captioned actions, pursuant to Rule

8  41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and

9  attorneys' fees.  This stipulation does not affect the rights or claims Sharp may have against any

10  other defendant or alleged co-conspirator in the above-captioned actions.

11    WHEREFORE, the parties respectfully request that this Court issue the Proposed Order

12  of Dismissal.

13    **IT IS SO STIPULATED.**

14

15  Dated:  May 19, 2015                    Respectfully submitted,

16                                          By: */s/    Craig A. Benson*
                                            Kenneth A. Gallo (*Pro Hac Vice*)
17                                          Joseph J. Simons (*Pro Hac Vice*)
                                            Craig A. Benson (*Pro Hac Vice*)
18                                          **PAUL, WEISS, RIFKIND, WHARTON &
                                            GARRISON  LLP**
19                                          2001 K Street, NW
                                            Washington, DC  20006-1047
20                                          Telephone:  (202) 223-7300
                                            Facsimile:  (202) 223-7420
21
                                            Stephen E. Taylor (SBN 058452)
22                                          Jonathan A. Patchen (SBN 237346)
                                            **TAYLOR & COMPANY LAW OFFICES, LLP**
23                                          One Ferry Building, Suite 355
                                            San Francisco, California 94111
24                                          Telephone:  (415) 788-8200
                                            Facsimile:  (415) 788-8208
25                                          Email: staylor@tcolaw.com
                                            Email: jpatchen@tcolaw.com
26
                                            *Attorneys for Plaintiffs Sharp Electronics Corp. and
27                                          Sharp Electronics Manufacturing Company of
                                            America, Inc.*
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: <u>/s/      *Erik T. Koons*</u>
Erik T. Koons (*pro hac vice*)
John M. Taladay (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V.,*
*Philips Electronics North America Corporation,*
*Philips Taiwan Limited, and Philips do Brasil,*
*Ltda.*

Pursuant to Civil L.R. 5-1, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.